# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-30237

PAULINE DUNCIL DYKES,

Plaintiff-Appellant,

versus

DILLARDS DEPARTMENT STORES, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana

(96-CV-1534)

February 5, 1999

Before REYNALDO G. GARZA, POLITZ and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having considered the briefs, oral argument of counsel, and pertinent parts of the record, and finding neither error nor abuse of discretion, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.